1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  DENISE MARIE BARTON (CABN 634052)
   Assistant United States Attorney
5     450 Golden Gate Ave., Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7200
      Fax: (415) 436-7234
7     E-Mail: denise.barton@usdoj.gov

8  Attorneys for Plaintiff

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                       SAN FRANCISCO DIVISION
12

13
   UNITED STATES OF AMERICA,           )   CR No. 3-10-70993 EMC
14                                     )
           Plaintiff,                  )
15                                     )   STIPULATION AND [PROPOSED
        v.                             )   ORDER] TO CONTINUE
16                                     )
   DAVID HIGSON,                       )
17                                     )
           Defendant.                  )
18  _____)

19         This matter is currently scheduled for a Preliminary Hearing / Arraignment before this

20  Court on January 19, 2011 at 9:30 a.m. By this stipulation, the parties seek to continue this

21  Preliminary Hearing / Arraignment until February 18, 2011 at 9:30 a.m. The parties seek to

22  continue the date for the Preliminary Hearing / Arraignment to engage in discussions regarding

23  the merits of the case and possible pre-indictment resolution.

24         The defendant agrees to waive his right under Title 18, United States Code, section

25  3161(b) to the filing of an indictment or information within thirty days after arrest. The

26  //

27  //

28  UNITED STATES V. HIGSON,
    STIPULATION AND [PROPOSED ORDER] TO CONTINUE
    CR No. 3-10-70993 EMC

1  defendant further consents to this continuance and waives his right as an in-custody defendant to
2  a preliminary hearing within 14 days of his initial appearance. *See* Fed. R. Cr. P. 5.1(c).

4  SO STIPULATED:

6                                    MELINDA HAAG
                                  United States Attorney

8  DATED: January 12, 2011                          /s/_____
                                  DENISE MARIE BARTON
9                                    Assistant United States Attorney

11 DATED: January 12, 2011                          /s/_____
                                  STEVEN KALAR
12                                   Attorney for DAVID HIGSON

15      For the foregoing reasons, this matter is continued until February 18, 2011 at 9:30 a.m.
16 for Preliminary Hearing / Arraignment. The Court finds that the defendant has waived his right
17 under Title 18, United States Code, section 3161(b) to the filing of an indictment or information
18 within thirty days after arrest. The Court further finds that the defendant has consented and the
19 parties have shown good cause to extend the time limits set forth in Fed. R. Crim. P. 5.1(c)
20 requiring that the preliminary hearing be held within 14 days after an in-custody defendant's
21 initial appearance.

23 SO ORDERED.

24 DATED: 12/Jan/2011                      _____
25                                   HON. BERNARD ZIMMERMAN
                                  United States Magistrate Judge

28 UNITED STATES V. HIGSON,
STIPULATION AND [PROPOSED ORDER] TO CONTINUE
CR No. 3-10-70993 EMC