IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>DAVID HIGSON,<br><br>    Defendant. | No. CR 3:10-mj-70993-EMC-1<br><br>[~~PROPOSED~~] ORDER PERMITTING DEFENDANT ACCESS TO DIGITAL AUDIO PLAYER |

TO: UNITED STATES MARSHAL, WARDEN AND ALL JAIL PERSONNEL, GLENN E. DYER DETENTION FACILITY;

Good cause appearing, it is HEREBY ORDERED that the above-entitled defendant may have in his possession at the Glenn E. Dyer Detention Facility in Oakland a battery-powered digital audio player and headphones or earbuds. This device shall not have the capacity to play radio transmissions, and shall not have a recording function. The defendant shall also be permitted a supply of batteries to run the device.

Appointed counsel for the defendant shall load onto this digital audio player audio files specifically related to the above-entitled case. Counsel shall not load onto the device any audio or music files not specifically related to this case. On request, the device is to be returned to defense counsel to load additional files. At the conclusion of the case, the device shall be returned to defense counsel.

//

//

//

*Higson*, CR 3:10-mj-70993-EMC-1
ORD. PERMITTING DIGITAL AUDIO DEVICE

1  The digital audio device shall be provided by his defendant's counsel of record, or
2  by a representative of defense counsel. The device shall first be provided to jail personnel
3  for initial inspection, and jail personnel will then provide the device to the defendant.

5  IT IS SO ORDERED.

8  DATED: January 28, 2011                            _____
                                                      BERNARD ZIMMERMAN
9                                                     United States Magistrate Judge