1

2

3

4               THE UNITED STATES DISTRICT COURT

5          FOR THE NORTHERN DISTRICT OF CALIFORNIA

6                   SAN FRANCISCO DIVISION

7   UNITED STATES OF AMERICA,        )     No. CR 11-0084 MMC
                                     )
8                        Plaintiff,  )     (Proposed) **ORDER CONTINUING**
    vs.                              )     **SENTENCING HEARING**
9                                    )
                                     )
10  DAVID HIGSON.                    )
                                     )
11                       Defendant.  )
                                     )
12                                   )
                                     )
13  _____)

14        GOOD CAUSE APPEARING, it is ordered that:

15        1.      The defendant's status hearing now set for October 19, 2011, shall be vacated, and

16  the case re-ret for sentencing on December 7, 2011, to allow new defense counsel sufficient time

17  to review the case file and to prepare for sentencing.

18  SO ORDERED.

19

20  DATED: October  18, 2011

21                                    MAXINE M. CHESNEY
                                      United States District Judge

22

23

24

25

26