1

2

3

4              THE UNITED STATES DISTRICT COURT

5          FOR THE NORTHERN DISTRICT OF CALIFORNIA

6                  SAN FRANCISCO DIVISION

7  UNITED STATES OF AMERICA,        )    No. CR 11-0084 MMC
                                    )
8                       Plaintiff,  )    (Proposed) **ORDER CONTINUING**
   vs.                              )    **SENTENCING HEARING**
9                                   )
                                    )
10 DAVID HIGSON.                    )
                                    )
11                      Defendant.  )
                                    )
12                                  )
                                    )
13 _____)

14       GOOD CAUSE APPEARING, it is ordered that:

15       1.      The defendant's status hearing now set for February 8, 2012 shall be vacated, and

16  the case re-ret for sentencing on March 7, 2012, at 2:15 p.m., to allow counsel sufficient time to

17  review the case file and to prepare for sentencing, and for the parties to receive necessary

18  information prior to sentencing.

19  SO ORDERED.

20

21  DATED: January 25 , 2012

22                                       MAXINE M. CHESNEY
                                         United States District Judge

23

24

25

26

ORDER                              1