1  WILMER CUTLER PICKERING HALE AND DORR LLP
   Mark D. Flanagan (SBN: 130303)
2    *mark.flanagan@wilmerhale.com*
   Chris Johnstone (SBN: 242152)
3    *chris.johnstone@wilmerhale.com*
   Andrew Liao (SBN: 271219)
4    *andrew.liao@wilmerhale.com*
   950 Page Mill Road
5  Palo Alto, CA  94304
   Tel:  (650) 858-6047
6  Fax: (650) 858-6100

7  *Attorneys for Defendant*
   *David Higson*
8

9
                    IN THE UNITED STATES DISTRICT COURT
10
                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
11

12 | UNITED STATES OF AMERICA,           )  Case No. CR 11-0084 MMC
                                         )
13 |         Plaintiff,                  )  [~~PROPOSED~~] **ORDER GRANTING**
                                         )  **ADMINISTRATIVE MOTION**
14 |    vs.                              )  **REQUESTING SEALED DOCUMENT ;**
                                         )  **DIRECTIONS TO CLERK**
15 | DAVID HIGSON,                       )  Honorable Maxine M. Chesney
                                         )
16 |         Defendant.                  )
   |_____)

17

On March 14, 2013, counsel for Defendant David Higson filed an Administrative Motion Requesting Sealed Document, which requests a copy of the "Sealed Document as to David Higson" filed by Court Staff on March 11, 2013. (*See* Dkt. 73.) It is hereby ordered that a copy of "Sealed Document as to David Higson," be sent to the counsel for Defendant David Higson at the following address: Christopher W. Johnstone, Wilmer Cutler Pickering Hale & Dorr LLP, 950 Page Mill Road, Palo Alto, California, 94304.

**IT IS SO ORDERED.**

DATED: March 18, 2013

MAXINE M. CHESNEY
United States District Judge